# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **RONALD E. GERBIG**, | **JUDGMENT IN CIVIL CASES** |
| Plaintiff, | Case No.: 09-cv-332-bbc |
| v. | |
| **STATE OF WISCONSIN**, | |
| Defendant. | |

| | |
|---|---|
| **RONALD E. GERBIG**, | |
| Plaintiff, | Case No.: 09-cv-334-bbc |
| v. | |
| **SHAWN JOHNSON**, | |
| Defendant. | |

These actions came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered in each case.

## IT IS ORDERED AND ADJUDGED

These cases are dismissed against defendants.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ M. Hardin
_____                        _____6/1/09_____
by Deputy Clerk                                                                               Date